In the Matter of ANKER TJERSLAND et al., Respondents, against PAUL P. BRENNAN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued January 17, 1955; decided March 10, 1955.

*Leo A. Larkin, Acting Corporation Counsel* (*Pauline K. Berger* and *Seymour B. Quel* of counsel), for appellants.

*Joseph Patrick Acer* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: BURKE, J.